**George N. HANNETT, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 44056.**

Missouri Court of Appeals,
Western District.

Dec. 24, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 28, 1992.

George N. Hannett, Jefferson City, pro se.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and BERREY and HANNA, JJ.

### ORDER

PER CURIAM.

This is an appeal from the denial of appellant, George N. Hannett's motion for post-conviction relief.

The denial of post-conviction relief is affirmed. Rule 27.26.